EUPHEMIA RAMSON, Respondent, v. METROPOLITAN STREET RAILWAY COMPANY, Appellant.

*Ramson* v. *Metropolitan Street Ry. Co.*, 78 App. Div. 101, affirmed.
(Submitted January 27, 1904; decided February 16, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 29, 1903, affirming a judgment in favor of plaintiff

entered upon a verdict and an order denying a motion for a new trial.

*Charles F. Brown, Bayard H. Ames* and *Henry A. Robinson* for appellant.

*George F. Elliott* and *Henry Escher, Jr.*, for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., BARTLETT, HAIGHT, VANN, CULLEN and WERNER, JJ. Not sitting: GRAY, J.